FILED
DEC - 3 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) No. <br> ) <br> CHARLES STEVENSON, ) <br> ) <br> Defendant. ) | **4:20CR00765 RLW/JMB** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 18, 2020, in St. Louis City, within the Eastern District of Missouri,

**CHARLES STEVENSON,**

the Defendant herein, with intent to cause death and serious bodily harm took from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2019 Nissan Altima, vehicle identification number ("VIN") 1N4BL4CV3KC218682, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Section 2119.

### COUNT TWO

The Grand Jury further charges that:

On or about November 18, 2020, in St. Louis City, within the Eastern District of Missouri,

**CHARLES STEVENSON,**

the Defendant herein, knowingly possessed, brandished, and discharged a firearm, in furtherance of a crime of violence which may be prosecuted in a Court of the United States, to wit: carjacking, as set forth in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about November 18, 2020, in St. Louis City, within the Eastern District of Missouri,

**CHARLES STEVENSON,**

the Defendant herein, knowingly possessed a firearm that had the importer's or manufacturer's serial number removed, obliterated, or altered, and that had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(k).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

JASON S. DUNKEL, #65886(MO)
Assistant United States Attorney