**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  <br>                                                         )  <br>            Plaintiff,                      )  <br>                                                         )  <br>    v.                                             )  <br>                                                         )  <br>CHARLES STEVENSON,            )  <br>                                                         )  <br>            Defendant.                    ) | Case No. 4:20CR765 RLW/JMB |

## ORDER OF DETENTION

On April 6, 2021, this matter came before the undersigned for a detention hearing. At the hearing, the Court informed the Defendant of his right to a detention hearing.  After discussion with his lawyer, the Defendant elected to waive his right to a detention hearing and consented to remain in custody during the pendency of his case.  The Court then informed the Defendant that he would be detained during the pendency of his case and the Defendant voiced his understanding. Based on the record made in open court, the undersigned finds that Defendant's waiver of a detention hearing is knowing, intelligent and voluntary.

Further, based on the Defendant's waiver of the right to a detention hearing, the undersigned finds pursuant to the Bail Reform Act, 18 U.S.C. § 3142, that the Defendant failed to establish a preponderance of the evidence that he will not flee and failed to establish clear and convincing evidence that his release would not pose a danger to any other person or to the community.

The undersigned has considered the Report of the Pretrial Services Office and all of the factors required to be considered by 18 U.S.C. § 3142(g) and finds that there are no conditions or

combinations of conditions that will reasonably assure the appearance of the Defendant as required and the safety of the community.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion for Detention (Doc. # 4) is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant shall be detained in the custody of the United States Marshal pending all further proceedings in this cause.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of April, 2021.